HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| WASTE ACTION PROJECT, | ) | Case No. 3:14-cv-00842-MJP |
| Plaintiff, | ) | |
| | ) | CONSENT DECREE |
| v. | ) | |
| | ) | |
| INTERNATIONAL PAPER CO., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## I.    STIPULATIONS

Plaintiff Waste Action Project sent a sixty-day notice of intent to sue letter to defendant International Paper Co. dba International Paper Recycling ("International Paper") on or about April 2, 2014, and filed a complaint against International Paper on June 9, 2014, each of which alleged violations of the Clean Water Act, 33 U.S.C. § 1251 *et seq.*, relating to discharges of stormwater from International Paper's paper recycling facility, located at or about 1225 6th Ave. N., Kent, WA 98032 (the "Facility"), and seeking declaratory and injunctive relief, civil penalties, and attorneys' and consultant's fees and costs.

CONSENT DECREE - 1
No. 3:14-cv-00842-MJP

Smith & Lowney, p.l.l.c.
2317 east john street
Seattle, Washington 98112
(206) 860-2883

International Paper and Waste Action Project (the "Parties") agree, and this Court by entering this Consent Decree finds, that this Consent Decree has been negotiated in good faith, that settlement of this matter will avoid prolonged and complicated litigation among the Parties, and that this Consent Decree is fair, reasonable, and in the public interest.

Waste Action Project and International Paper stipulate to the entry of this Consent Decree without trial, adjudication, or admission of any issues of fact or law regarding the claims and allegations set forth in Waste Action Project's complaint and sixty-day notice of intent to sue letter.

## II.    ORDER AND DECREE

THIS MATTER came before the Court upon the foregoing stipulations of the parties. Having considered the stipulations and the terms and conditions set forth below, the Court hereby ORDERS, ADJUDGES, and DECREES as follows:

1.    This Court has jurisdiction over the parties and subject matter of this action.

2.    Each signatory for the parties certifies for that party that he or she is authorized to enter into the agreements set forth below.

3.    This Consent Decree applies to and binds the parties and their successors and assigns.

4.    This Consent Decree applies to International Paper's operation and oversight of the Facility that is subject to National Pollutant Discharge Elimination System Permit No. WAR004422 (the "NPDES Permit"). This Consent Decree has no application with regard to any issue at any other location where International Paper may conduct operations.

CONSENT DECREE - 2
No. 3:14-cv-00842-MJP

Smith & Lowney, p.l.l.c.
2317 east john street
Seattle, Washington  98112
(206) 860-2883

5. This Consent Decree is a full and complete settlement and release of all claims set forth in the complaint, the sixty-day notice of intent to sue letter, and all other claims arising from the facts alleged in the complaint and the sixty-day notice of intent to sue letter, known or unknown, contingent or otherwise, relating to any acts or omissions, existing as of the date of entry of this Consent Decree, that could be asserted against International Paper or its employees, agents, successors, and assigns, under the Clean Water Act that arise from operations at the Facility. These claims are released and dismissed with prejudice.

6. This Consent Decree is a settlement of disputed facts and law. It is not an admission or adjudication regarding any allegations by Waste Action Project in this case or of any fact or conclusion of law related to those allegations. It is not evidence of any wrongdoing or misconduct on the part of International Paper.

7. Concurrent with Waste Action Project's filing of the notice letter and initiation of this lawsuit, International Paper hired a stormwater consultant, updated its Stormwater Pollution Prevention Plan ("SWPPP"), and implemented new best management practices ("BMPs"). Additional BMPs implemented at the Facility include sweeping the Facility twice weekly, installing fabric screening and eco-blocks along the west boundary fence, installing catch basin inserts with media, cleaning up paper particles on the pavement throughout the Facility, placing a significant amount of paper and plastic bales under cover, and reducing the volume of paper and plastic stored outside prior to baling. International Paper also increased sampling of stormwater discharges from one to two distinct points of discharge at the Facility.

CONSENT DECREE - 3
No. 3:14-cv-00842-MJP

Smith & Lowney, p.l.l.c.
2317 east john street
Seattle, Washington  98112
(206) 860-2883

8.      International Paper agrees to the following terms and conditions in full and complete satisfaction of all the claims covered by this Consent Decree:

a.      International Paper will comply fully with all conditions of its NPDES Permit No. WAR004422, and any successor, modified, or replacement permit for the Facility;

b.      Upon entry of this decree, International Paper will sample its stormwater discharges from both discharge monitoring points at the Facility during regular business hours at least once per month in each month with a discharge until it has collected six stormwater samples.  International Paper will have these samples analyzed for pollutant concentrations in accordance with Condition S5 of the NPDES Permit and will submit the results to the Department of Ecology on discharge monitoring report forms to the extent required by law, and, within thirty days of receipt of laboratory analysis results, transmit the forms and results to Waste Action Project;

c.      Within three months of entry of this Consent Decree, International Paper must evaluate and implement additional BMPs to address the following issues at the facility:

1.      oil staining and pooling on the pavement throughout the parking and loading areas from leaking trucks and equipment;

2.      migration of plastic and related debris from the plastic collection area throughout the west side of the facility and beyond the berms in the

CONSENT DECREE - 4
No. 3:14-cv-00842-MJP

Smith & Lowney, p.l.l.c.
2317 east john street
Seattle, Washington  98112
(206) 860-2883

collection areas.   International Paper retains discretion to determine what additional BMPs to implement at the Facility but International Paper must design the additional BMPs in good faith to address the issues identified in this paragraph II.8.C.   Under no circumstances may International Paper use its discretion to avoid implementation of additional BMPs within three months of entry of the Consent Decree as required in this paragraph II.8.C;

d.   Within six months of the entry of this Consent Decree, International Paper will clean up the paper, trash, and other debris that migrated outside of the Facility into the ditch along the west side of the Facility;

e.   For three years following entry of this Consent Decree, International Paper will, on a quarterly basis, forward copies of all documents transmitted to or received from the Department of Ecology concerning compliance with the NPDES Permit to Waste Action Project, including but not limited to discharge monitoring reports and the results of samples collected pursuant to sub-paragraphs (8)(b) of this Consent Decree;

f.   International Paper will allow Waste Action Project and its expert(s) to inspect the facility at a mutually agreeable time within one year of the entry of the Consent Decree to observe International Paper's implementation of this Consent Decree, including compliance with the new SWPPP, BMPs, and the NPDES permits, subject to an access agreement mutually agreed upon by the Parties.   International Paper

CONSENT DECREE - 5
No. 3:14-cv-00842-MJP

Smith & Lowney, p.l.l.c.
2317 east john street
Seattle, Washington  98112
(206) 860-2883

will pay for the reasonable costs of Waste Action Project's expert(s) for this inspection, not to exceed $2,000, within fourteen (14) days of receipt of Waste Action Project's invoice.

9.      Within fifteen (15) days of entry of this Consent Decree, International Paper will pay the sum of NINETY-FIVE THOUSAND DOLLARS ($95,000.00) to Green River Community College Foundation as described in **Attachment A** of this Consent Decree for environmental benefit projects in the Green River watershed.  Payment will be made to the order of Green River Community College Foundation and delivered to George Frasier, 12401 SE 320th St., Auburn WA 98092-3622.  Payment will include the following reference in a cover letter or on the check: "Consent Decree, Waste Action Project v. International Paper." International Paper agrees to provide a copy of the check and cover letter, if any, to Waste Action Project and its counsel at the addresses identified in Paragraph 18, below.

10.      Within fifteen (15) days of entry of this Consent Decree, International Paper shall pay Waste Action Project TWENTY-NINE THOUSAND DOLLARS ($29,000) as full and final reimbursement for all litigation fees, expenses, and costs (including reasonable attorneys' and consultant's fees) incurred in this matter by check payable and mailed to Smith & Lowney, PLLC, 2317 East John St., Seattle, WA 98112, attn: Richard Smith.  International Paper's payment shall be in full and complete satisfaction of any claims that Waste Action Project has or may have, either legal or equitable, and of any kind or nature whatsoever, for fees (including attorneys' and consultant's fees), expenses, and costs incurred in this matter.

CONSENT DECREE - 6
No. 3:14-cv-00842-MJP

Smith & Lowney, p.l.l.c.
2317 east john street
Seattle, Washington  98112
(206) 860-2883

11.   "Force Majeure" for the purposes of this Consent Decree is defined as an event arising from causes outside the reasonable control of International Paper  which delays or prevents the performance of any obligation required by this Consent Decree that cannot be cured by due diligence. Delay in performance or failure to perform any requirement of this Consent Decree caused by a Force Majeure event is not a failure to comply with the terms of this Consent Decree, provided that International Paper notifies Waste Action Project of the event, the steps that International Paper will take to perform the obligation, the projected time that will be needed to complete performance, and the measures that have been taken or will be taken to prevent or minimize any impacts to stormwater quality resulting from delay in performance of the obligation.

International Paper will notify Waste Action Project of the occurrence of a Force Majeure event as soon as reasonably possible but, in any case, no later than fifteen (15) business days after the occurrence of the event.  In such event, the time for performance of the obligation will be extended for a reasonable period of time following the Force Majeure event.

By way of example and not limitation, Force Majeure events include:

   a.   Acts of God, war, insurrection, or civil disturbance;

   b.   Earthquakes, landslides, fire, floods, drought;

   c.   Actions or inactions of third parties over which International Paper has no control;

   d.   Restraint by court order or order of public authority;

CONSENT DECREE - 7
No. 3:14-cv-00842-MJP

Smith & Lowney, p.l.l.c.
2317 east john street
Seattle, Washington  98112
(206) 860-2883

e.      Strikes;

f.      Litigation, arbitration, or mediation that causes delay.

12.     Unless otherwise expressly provided for in this Consent Decree, the dispute resolution procedures of this paragraph shall be the exclusive mechanism to resolve disputes arising under or with respect to this Consent Decree. The Court will retain jurisdiction over this matter and allow this case to be reopened without filing fee for the purpose of enabling the parties to apply to the Court for any further order that may be necessary to construe, carry out, enforce compliance, or resolve any substantive dispute regarding the terms or conditions of this Consent Decree until termination of the Consent Decree per paragraph 14.

In the event of a substantive dispute regarding interpretation of, implementation of, or compliance with, this Consent Decree, the parties will work to resolve the dispute as follows:

a.      Written Notice: The parties must first attempt to resolve the dispute by serving a written notice that identifies the alleged dispute and requested resolution.

b.      In-Person Meeting: Upon the request of either party, an in-person meeting between the parties must take place within thirty (30) days of service of the written notice or as soon as reasonably possible. At the in-person meeting, the parties will make a good faith attempt to resolve the dispute.

c.      Court Action: If no resolution is reached within thirty (30) days from the date of the in-person meeting, or sixty (60) days from service of the written notice,

CONSENT DECREE - 8
No. 3:14-cv-00842-MJP

Smith & Lowney, p.l.l.c.
2317 east john street
Seattle, Washington  98112
(206) 860-2883

whichever is earlier, a party may file a motion with the Court seeking an order to resolve the dispute.

13.     The parties recognize that, pursuant to 33 U.S.C. § 1365(c)(3), no consent judgment can be entered in a Clean Water Act suit in which the United States is not a party prior to 45 days following the receipt of a copy of the proposed consent judgment by the U.S. Attorney General and the Administrator of the U.S. EPA.  Therefore, upon the filing of this Consent Decree by the parties, Waste Action Project will serve copies of it upon the Administrator of the U.S. EPA and the U.S. Attorney General, with copy to International Paper.

14.     This Consent Decree will take effect upon entry by this Court.  It terminates three year after entry of this Consent Decree.

15.     Both parties have participated in drafting this Consent Decree.

16.     This Consent Decree may be modified only upon the approval of the Court.

17.     If for any reason the Court should decline to approve this Consent Decree in the form presented, this Consent Decree is voidable at the discretion of either party.  The parties agree to continue negotiations in good faith in an attempt to cure any objection raised by the court to entry of this Consent Decree.

18.     Notifications required by this Consent Decree must be in writing.  The sending party may use any of the following methods of delivery: (1) personal delivery; (2) registered or certified mail, in each case return receipt requested and postage prepaid; (3) a nationally

CONSENT DECREE - 9
No. 3:14-cv-00842-MJP

Smith & Lowney, p.l.l.c.
2317 east john street
Seattle, Washington  98112
(206) 860-2883

recognized overnight courier, with all fees prepaid; or (4) e-mail.   For a notice or other communication regarding this decree to be valid, it must be delivered to the receiving party at the one or more addresses listed below or to any other address designated by the receiving party in a notice in accordance with this paragraph 18;

**if to Waste Action Project:**

Greg Wingard
Waste Action Project
P.O. Box 4832
Seattle, WA 98194
gwingard@earthlink.net

**and to:**

Elizabeth Zultoski
Smith & Lowney, PLLC
2317 E. John St.
Seattle, WA 98112
elizabethz@igc.org

**if to International Paper:**

Keri England
International Paper, Kent Recycling Facility
1225 6th Ave N
Kent, WA 90832
keri.england@ipaper.com

**and to:**

Athena Kennedy
Van Ness Feldman LLP
719 Second Avenue, Suite 1150
Seattle, WA 98104
amk@vnf.com

CONSENT DECREE - 10
No. 3:14-cv-00842-MJP

Smith & Lowney, p.l.l.c.
2317 east john street
Seattle, Washington 98112
(206) 860-2883

A notice or other communication regarding this Consent Decree will be effective when received unless the notice or other communication is received after 5:00 p.m. on a business day, or on a day that is not a business day, then the notice will be deemed received at 9:00 a.m. on the next business day. A notice or other communication will be deemed to have been received: (a) if it is delivered in person or sent by registered or certified mail or by nationally recognized overnight courier, upon receipt as indicated by the date on the signed receipt; or (b) if the receiving party rejects or otherwise refuses to accept it, or if it cannot be delivered because of a change in address for which no notice was given, then upon that rejection, refusal, or inability to deliver; or (c) for notice provided via e-mail, upon receipt of a response (other than an automatic response) by the party providing notice or other communication regarding this Consent Decree.

DATED this _15_ day of _April_ 2015,

HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

CONSENT DECREE - 11
No. 3:14-cv-00842-MJP

Smith & Lowney, p.l.l.c.
2317 east john street
Seattle, Washington 98112
(206) 860-2883

1

PRESENTED BY:

2

VAN NESS FELDMAN LLP                    SMITH & LOWNEY PLLC

3

By: /s/                                 By: /s/
4
      Athena M. Kennedy, WSBA # 39561        Elizabeth H. Zultoski, WSBA # 44988
5   Attorney for International Paper       Richard A. Smith, WSBA # 21788
    719 Second Avenue, Suite 1150         Attorneys for Plaintiff
6   Seattle, WA  98104                    2317 E. John St.
7   (206) 623-9372                        Seattle, WA 98112
    Fax:  (206) 623-4986                  (206) 860-2883
8   amk@vnf.com                           Fax: (206) 860-4187
                                          elizabethz@igc.org
9                                         rasmithwa@igc.org

10

11

WASTE ACTION PROJECT                    INTERNATIONAL PAPER
12
    Signature:   Greg Wingard            Signature:   (THOMAS A. CLEVES
13
    Title:    Director, Waste Action Project    Title:   Vice President + GM Containerboard + Recycling
14
    Dated:    Feb. 19, 2015              Dated:    2.17.15

15

16

17

18

19

20

21

22

23

24

25

26

27   CONSENT DECREE - 12
     No. 3:14-cv-00842-MJP
28
29

Smith & Lowney, p.l.l.c.
2317 east john street
Seattle, Washington  98112
(206) 860-2883

ATTACHMENT A



**Green River**
C O M M U N I T Y   C O L L E G E
**F O U N D A T I O N**
12401 SE 320th St., Auburn WA 98092-3622
Phone: (253) 288-3330 • Fax: (253) 288-3420
E-mail: foundation@greenriver.edu

January 6, 2015

Re: Waste Action Project Vs. International Paper Company, Case No. 3:14-cv-00842-MJP

To Whom It May Concern:

Green River Community College Foundation is an institutionally related Foundation and is a stand-alone 501 C 3 nonprofit, EIN 51-0168649. Within the mission of the Foundation, providing resources to assist Green River College in achieving educational excellence, are the four strategic priorities: to increase access and retention, support student success, and provide capacity and flexibility for the college to fulfill its mission. The Green River College Natural Resources Program is a career and technical program of Green River, and Natural Resources Students are engaged in a variety of experiential learning projects that have value to the natural resources and ecological welfare in our community.

We have reviewed the draft consent decree that provides payment to the Green River Community College Foundation. The funding provided will be used to pay for projects focused on improved water quality in the Green River watershed. Work may include invasive plant control, native planting, and other stewardship activities conducted by or through the Green River College Natural Resources Department.  This work will be carried out in partnership with existing conservation organizations, and local governments engaged in water quality related conservation projects in the middle Green River, and its tributaries.

All money received as part of this agreement will be used for this project and materials. No money will be spent on political lobbying activities. This project will benefit water quality through discrete conservation projects, building on similar projects students are already engaged in, and planning in the watershed.  Partnering with area conservation organizations and local governments will assure project success, and maximize the opportunity to further leverage resources to increase benefits to water quality specifically and the environment in general.

Green River Community College Foundation will report back to the parties, including the Court, Department of Justice,  International Paper Company and Waste Action Project, upon completion of the described project.

Please do not hesitate to contact us with questions or for additional information.


Sincerely,

George P. Frasier,
Executive Director
Green River Community College Foundation


*Connecting people, resources and opportunities*